UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

DERRICK LAMONT NESBITT,         )
                                )
         Plaintiff,             )
                                )
v.                              )   Case No. CV406-191
                                )
OFC. HUFF, OFC. JANNOT,         )
OFC. HASTING, and SGT. OWENS,   )
                                )
         Defendants.            )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 11 day of December, 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA